UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X
                                              :

STRIKE 3 HOLDINGS, LLC,                :

                               :       Case No. 1:23-cv-06353-NGG-RML

                  Plaintiff,       :

                               :

                  vs.             :

                               :

JOHN DOE subscriber assigned IP address  :
68.175.9.187,

                               :

                  Defendant.    :
-----------------------------------------------------------------X

## PLAINTIFF'S VOLUNTARY DISMISSAL
## WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe subscriber assigned IP address 68.175.9.187, are voluntarily dismissed without prejudice.

Dated:  March 6, 2024                   Respectfully submitted,

                                       THE ATKIN FIRM, LLC
                                       By:  */s/ John C. Atkin*
                                       John C. Atkin, Esq.
                                       400 Rella Blvd., Ste. 165
                                       Suffern, NY 10901
                                       Tel: (973) 314-8010 / Fax: (833) 693-1201
                                       JAtkin@atkinfirm.com
                                       *Attorneys for Plaintiff*

**So Ordered.**

s/Nicholas G. Garaufis

**Hon. Nicholas G. Garaufis**
**Date:** 3/6/24